OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



12/18/2014
DIGBY, BRUCE
On this day, this Court has denied applicant's "MOTION REOPEN ANY HABEAS
CORPUS ART 11.07 AND GRANT ALL ENTITLE RELIEF".

WR-63,863-02

Abel Acosta, Clerk

BRUCE DIGBY
1295 NORTH ST APT # 3
BEAUMONT, TX  77701

U TF

MEBN3B 77701